

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. BRANDON GUSTAFSON DEFENDANT(S). | CASE NUMBER CR12-548-UA-6 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of  DEFENDANT , IT IS ORDERED that a detention hearing is set for  6/15/12 , ~~10:30~~ 11 , at _____ ☒a.m. / ☐p.m. before the Honorable  OSWALD PARADA , in Courtroom  3 .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6-14-12

U.S. District Judge/Magistrate Judge